# THE BEHRINS LAW FIRM PLLC
## 1110 SOUTH AVENUE (SUITE 402), STATEN ISLAND, NEW YORK 10314

TELEPHONE (718) 447-5540
FACSIMILE (718) 816-5483

BRUCE G. BEHRINS PLLC
JONATHAN B. BEHRINS PLLC *†
SUSAN R. SCHNEIDER PLLC
JASON KATZ PLLC*

LEWIS WERB
General Counsel Emeritus
1927-2011

*New York and New Jersey Bars
†Washington, D.C. Bar

June 21, 2016

The Honorable Margo K. Brodie
U.S. District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
***Sent via ecf***

**Elisa Bartone, Plaintiff**
**v.**
**Erica Mattera, Barbara Neis, *et al.*, Defendants**
**15 CV 6362**

Dear Judge Brodie:

I represent the plaintiff, Elisa Bartone, in the above-captioned matter. The plaintiff's opposition to the defendants' motion to dismiss was originally to be served by June 21st and the defendants' reply to be served by July 6th. I have spoken with my adversary, Kurt Rose, and we consented to extend the briefing schedule by 6 days for each side subject to the approval of the court.

Respectfully yours,

Jonathan B. Behrins

JBB:th

cc: Kurt Rose, Esq.
    Zachary W. Carter
    Corporation Counsel of the City of New York`