UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELISA BARTONE,<br><br>                                                  Plaintiff,<br><br>              -against-<br><br>ERICA MATTERA, BARBARA NEIS, AND NEW YOUR CITY DEPARTMENT OF EDUCATION,<br><br>                                                  Defendants. | **DEFENDANTS' NOTICE OF MOTION TO DISMISS THE COMPLAINT**<br><br>15 Civ. No. 6362 (MKB) (MDG) |

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Kurt Rose, dated May 27, 2016, Memorandum of Law, dated May 27, 2016, and upon all the papers and proceedings previously had herein, Defendants will move this Court at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, before the Honorable Margo K. Brodie, United States District Court Judge, at a time and date to be designated by the Court, for a judgment, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint against Defendants on the ground that the Complaint fails to state a claim upon which relief can be granted, and granting such other and further relief that this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Scheduling Order approved by the Court on April 19, 2016, answering papers, if any, must be served on or before June 21, 2016, and reply papers, if any, are to be served and filed on or before July 6, 2016.

**PLEASE TAKE FURTHER NOTICE** that in the event of the denial of this motion to dismiss, in whole or in part, Defendants respectfully request twenty (20) days from the docketing of the order in which to answer the Complaint.

Date:         New York, New York
              May 27, 2016

**ZACHARY W. CARTER**
Corporation Counsel of the
 City of New York
Attorney for Defendants
100 Church Street, Rom 2-169
New York, New York 10007
(212) 356-2469
krose@law.nyc.gov

By: _____/s/_____
 Kurt Rose
 Assistant Corporation Counsel

To: Jonathan B. Behrins, attorney for Plaintiff (by ECF)

| 15CV6362 (MKB) (MDG) |
|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK |
| ELISA BARTONE,<br><br>                 Plaintiff,<br><br>-against-<br><br>ERICA MATTERA, BARBARA NEIS, AND NEW YOUR CITY DEPARTMENT OF EDUCATION,<br><br>                 Defendants. |
| **DEFENDANTS' NOTICE OF MOTION TO DISMISS THE COMPLAINT** |
| **ZACHARY W. CARTER**<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br>*100 Church Street, Room 2-169*<br>*New York, New York 10007-2601*<br><br>*Of Counsel: Kurt Rose*<br>*Telephone: (212) 356-2469*<br>*Matter No. 2015-049214* |
| *Due and timely service is hereby admitted.*<br><br>*Dated: New York, N.Y..............................................2016*<br><br>*Signed................................................................................*<br><br>*Attorney for .......................................................................* |